SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br>　　　Plaintiff,<br>　vs.<br>**Rocklin Overhead Door, Inc. et al,**<br>　　　Defendants | Case No. **2:09-cv-00018-JAM-GGH**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MAY 4, 2009 FOR DEFENDANT ROCKLIN OVERHEAD DOOR, INC. TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Rocklin Overhead Door, Inc., by and through their respective attorneys of record, Scott N. Johnson; Kimberly A. Williams, stipulate as follows:

1. No extension of time has been previously obtained.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendant Rocklin Overhead Door, Inc. is granted an extension until May 4, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Rocklin Overhead Door, Inc. response will be due no later than May 4, 2009.

IT IS SO STIPULATED effective as of April 22, 2009

Dated: April 24, 2009 /s/Kimberly A. Williams

Kimberly A. Williams, Attorney for Defendant Rocklin Overhead Door, Inc.

Dated: April 22, 2009 /s/Scott N. Johnson

Scott N. Johnson, Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Rocklin Overhead Door, Inc. shall have until May 4, 2009 to respond to complaint.

Dated: April 28, 2009 /s/ John A. Mendez

United States District Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com